# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DIVISION OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No:   07-59461 |
| CATHLEEN LYNNE MINSHALL | | |
| | : | Chapter 13 |
| | : | Judge:   CHARLES M. CALDWELL |

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.


Dated:  March 29, 2011                    /s/ Frank M. Pees
                                          Frank M. Pees
                          3               Chapter 13 Trustee



**Name and Address**                      **Amount**

VERIZON WIRELESS                          40.90
109 E MARKET ST
BLOOMINGTON, IL 61701-0000