**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DIVISION OF OHIO**
**EASTERN DIVISION**

In Re:                                               :      Case No:        07-59461
CATHLEEN LYNNE MINSHALL
                                                     :      Chapter 13

                                                     :      Judge:          CHARLES M. CALDWELL


**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**


Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.


Dated:  March 29, 2011                               /s/ Frank M. Pees
                                                     Frank M. Pees
                                                     Chapter 13 Trustee



| **Name and Address** | **Amount** |
|---|---|
| VERIZON WIRELESS<br>109 E MARKET ST<br>BLOOMINGTON, IL 61701-0000 | 24.54 |